| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Armijo, Christina | 2. Court or Organization<br><br>District Court-New Mexico | 3. Date of Report<br><br>07/07/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate-judges indicate full- or part-time)<br><br>U.S.District Court Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>333 Lomas NW Suite 760<br><br>Albuquerque, New Mexico 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2004 JUL -9 P 12: 5 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   2003 | State of New Mexico Public Employees Judicial Retirement Plan (vested in 2001 and elegible to receive benefits at age 64) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Attorney fees paid to me for services rendered prior to 1996 (paid at approx. $52.00 per month).. | $637.56 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armijo, Christina | 07/07/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | - | | | | | |
| 1. Janus Mutual Fund | | Dividend | J | T | | | | | |
| 2. Dreyfus Emerging Leaders Fund Mutual Fund | | Dividend | J | T | | | | | |
| 3. Vanguard 500 Index Fund Mutual Fund | | Dividend | J | T | | | | | |
| 4. Fidelity OTC Portfolio Mutual Fund | | Dividend | J | T | | | | | |
| 5. Fidelity Contrafund Mutual Fund | | Dividend | J | T | | | | | |
| 6. Income Fund of America Class A Mutual Fund  (X) | | Dividend | J | T | | | | | |
| 7. Unimproved Real Property ███ County, New Mexico | | None | K | W | | | | | |
| 8. Undivided interest real property in San Miguel County, NM | | None | J | W | | | | | |
| 9. Account receivable from former client ████ | A | | J | W | | | | | |
| 10. New Mexico Public Employees Judicial Retirement Plan | | None | K | T | | | | | |
| 11. ████CD | C | Interest | L | T | | | | | |
| 12. ████CD | B | Interest | K | T | | | | | |
| 13. US New Mexico Federal Credit Union | A | Interest | J | T | opened 5-12 | | | | |
| 14. Del Norte Credit Union CD | A | Interest | K | T | opened 6-16- | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Armijo, Christina | 07/07/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

ADDITIONAL EXPLANATIONS:



VII #'s 11 & 18 (previously reported): Bank ███████ account and Bank ███████ IRA: these accounts were inadvetently reported last year. They each fell below the reporting threshhold in 2002 and were below the reporting threshhold in 2003, thus they are not reported now. Accounts were closed in June of 2003.

VII #'s 12 & 17 (previously reported): Del Norte Credit Union IRA and Del Norte Credit Union account: these accounts were inadvertently reported last year. They each fell below the reporting threshhold in 2002 and were below the reporting threshhold in 2003, thus they are not reported now.

Part VII: #1-6: These mutual funds are part of the State of New Mexico Public Employee Deferred Compensation Plan administered in 2003 by ING Financial Advisors, LLC (formerlyadministered by AETNA) and later in 2003 by Nationwide Retirement Solutions. The administrator was unable to tell me exactly what is requested in column B1 (amount of income). My last contribution was in 2001 when employed with the New Mexico Court of Appeals. I have not withdrawn monies from this account.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Armijo, Christina | 07/07/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date___July 7, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544